UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIO JOSEPH REGBOL,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION, et al.,<br><br>Defendants. | Case No. 24-cv-04444-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 8 |

On September 30, 2024, Magistrate Judge Sallie Kim issued a Report and Recommendation that I dismiss this case without prejudice.  Dkt. No. 8.  The deadline for objections has passed and none was filed.

Having reviewed the record in this case, I agree with Judge Kim's Report and Recommendation and adopt it in full.  Plaintiff was given the opportunity to file an amended complaint after Judge Kim determined the complaint failed to state a claim,  Dkt. No. 4, but failed to do so.  Plaintiff was then warned about a failure to prosecute and given an opportunity to respond. Dkt. No. 7.  Plaintiff failed to do so.

Accordingly, this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: November 4, 2024

William H. Orrick
United States District Judge